## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BRANDON L. JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 17-2644-JAR-GEB |
| | ) |
| CHEROKEE COUNTY, KANSAS, et al., | |
| | |
| Defendants. | |

### NOTICE OF SERVICE

I hereby certify that on May 24, 2019, the following document:

*Plaintiff's First Supplemental Amended Rule 26(a)(1) and Rule 26(a)(3) Disclosures*

was transmitted via electronic mail to:

Kevin Case
Jacob L. Kurtz
Case Linden P.C.
Kevin.case@caselinden.com
Jacob.kurtz@caselinden.com

*Respectfully submitted,*

**NORRIS & KEPLINGER, L.L.C.**

 */s/ Christopher J. Lucas*
Christopher J. Lucas, #20160
9225 Indian Creek Parkway
Corporate Woods, Bldg. 32, Suite 750
Overland Park, KS 66210
(913) 663-2000/(816) 210-2875 cell
*cjl@nkfirm.com*
ATTORNEY FOR PLAINTIFF

{0229009.DOCX}

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 24th day of May, 2019, the foregoing was filed and served via the Court's ECF system to:

Kevin Case
Jacob L. Kurtz
Case Linden P.C.
2600 Grand Boulevard, Suite 300
Kansas City, Missouri  64108
(816) 979-1500/(816) 979-1501 FAX
Kevin.case@caselinden.com
Jacob.kurtz@caselinden.com
ATTORNEY FOR DEFENDANTS

              ___*/s/ Christopher J. Lucas*_____
              Attorney for Plaintiff

{0229009.DOCX}