## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

BRANDON JOHNSON,

        **Plaintiff,**

v.

CHEROKEE COUNTY BOARD OF
COUNTY COMMISSIONERS and
DAVID M. GROVES,

        **Defendants.**

Case No. 2:17-cv-02644-JAR-GEB

**EXHIBITS IN SUPPORT OF THE JOINT MOTION FOR SUMMARY JUDGMENT
AND MEMORANDUM IN SUPPORT OF DEFENDANTS BOARD OF COUNTY
COMMISSIONERS OF CHEROKEE COUNTY AND DAVID M. GROVES**

Defendants Board of County Commissioners of Cherokee County ("Cherokee County")

and David M. Groves ("Sheriff Groves") (collectively "Defendants"), by and through

undersigned counsel and pursuant to Local Rule 7.6(b), hereby submit the following Exhibits in

support of their Joint Motion for Summary Judgment and Memorandum in Support.

### INDEX OF EXHIBITS

| | |
|---|---|
| Exhibit 1 | Deposition of Plaintiff Brandon Johnson |
| Exhibit 2 | Deposition of Defendant Sheriff David M. Groves |
| Exhibit 3 | Deposition of Chief Deputy Shane Gibson |
| Exhibit 4 | Deposition of Former Deputy Francis Piepho |
| Exhibit 5 | Deposition of Former Deputy Nicholas Hartman |
| Exhibit 6 | Deposition of Former Deputy Tina Rosenberg |
| Exhibit 7 | Deposition of Deputy Brian Kerns |
| Exhibit 8 | Deposition of Undersheriff Terry Clugston |
| Exhibit 9 | Plaintiff's Employment Documentation |
| Exhibit 10 | Deputy Brian Kerns' Employment Documentation |
| Exhibit 11 | Former Deputy Dean Kidds' Employment Documentation |
| Exhibit 12 | Investigator Beau Hamlin's Employment Documentation |
| Exhibit 13 | Internal Investigation Report |
| Exhibit 14 | Cherokee County Sheriff's Officer Law Enforcement Policies and Procedures |
| Exhibit 15 | Affidavit of Defendant Sheriff David M. Groves |
| Exhibit 16 | Deposition of Jason Daniels |

Respectfully submitted,

**Case Linden P.C.**


s/Kevin D. Case
Kevin D. Case, KS 14570
Jennifer G. Ahlbrandt, KS 26980
2600 Grand Boulevard, Suite 300
Kansas City, MO  64108
Tel:   (816) 979-1500
Fax:  (816) 979-1501
kevin.case@caselinden.com
jennifer.ahlbrandt@caselinden.com
Attorneys for Defendants

## Certificate of Service

I hereby certify that on August 22, 2019, a true and correct copy of the above and foregoing was served by electronic filing with the Clerk of the Court in the CM/ECF system, which will automatically send email notification of such filing to the following counsel of record:

Christopher J. Lucas
Norris Keplinger Hicks & Welder, L.L.C.
32 Corporate Woods, Suite 750
9225 Indian Creek Parkway
Overland Park, KS  66210
cjl@nkfirm.com
Attorney for Plaintiff


s/Kevin D. Case
Kevin D. Case