```
 1           IN THE UNITED STATES DISTRICT COURT
 2                FOR THE DISTRICT OF KANSAS
 3
 4
 5   BRANDON JOHNSON,
 6              Plaintiff,
 7   vs.                     Case No. 2:17-cv-02644-JAR-GEB
 8   CHEROKEE COUNTY BOARD OF COUNTY
 9   COMMISSIONERS and DAVID M. GROVES,
10              Defendants.
11
12
13
14
15
16      VIDEO-RECORDED DEPOSITION OF FRANCIS M. PIEPHO,
17   a witness, taken on behalf of the Plaintiff,
18   pursuant to Notice, on July 29, 2019, at the offices
19   of SPIGARELLI LAW FIRM, 515 North Broadway,
20   Pittsburg, Kansas  66762, before
21
22                     ELLEN L. STOCK
23
24   Registered Merit Reporter, Certified in Kansas and
25   Missouri.
```



Stock Court Reporting LLC
Registered Professional Reporters Working for You
8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.stockcourtreporting.com
(913) 890-3181
Exhibit 4

```
 1         Q.   Did Dean Kidd or Kerns ever admit to you
 2   that they had informed Sheriff Groves or Shane
 3   Gibson about the Tasing incident?
 4         A.   No.
 5         Q.   Did you ever hear the Tasing incident
 6   being discussed amongst other deputies beyond
 7   Mr. Kidd or Mr. Kerns?
 8         A.   Not to my recollection.
 9         Q.   Do you remember Mr. Johnson discussing it?
10         A.   I don't.  I did not have very many
11   personal conversations with Deputy Johnson that jump
12   out, you know, on the record.  I barely remember
13   working with him.
14         Q.   Do you have any knowledge about his work
15   habits or information about how he carried out his
16   duties?
17         A.   Deputy Johnson?
18         Q.   Yes.
19         A.   I have a few, but they're opinions, not
20   facts.
21         Q.   How -- how were those opinions formed?
22         A.   By working with him.
23         Q.   Okay.  Well, what opinions do you have or
24   information?
25         A.   He was -- from my recollection, he was not
```


Stock Court Reporting LLC
Registered Professional Reporters Working for You
8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.stockcourtreporting.com
(913) 890-3181
Exhibit 4

```
 1   the most proactive; fairly lazy and looked for ways
 2   to avoid doing paperwork.
 3        Q.   What else?
 4        A.   That's about it.  I have heard talk that
 5   while he was there, from what I can remember, he was
 6   more worried about what girls his badge could get me
 7   than doing what the -- what --
 8             He was more worried about what girls the
 9   badge could get him instead of doing what the badge
10   portrayed, which is enforce laws.  He was more
11   interested in chasing badge bunnies than enforcing
12   the law.
13        Q.   Is that a term amongst the law enforcement
14   community that is actually used:  Badge bunnies?
15        A.   Yes, it is.
16        Q.   And I -- I have heard that one before.
17        A.   Yes, it's -- it's a term that just
18   basically defines women that only wants you because
19   you're a police officer, not because they like you
20   as a person.
21        Q.   You don't happen to have any personal
22   firsthand knowledge about these things, however?
23        A.   Not about the women part.
24             The laziness, yeah.  I believe he and I
25   shared a shift for a number of months, and usually I
```

Stock Court Reporting LLC
Registered Professional Reporters Working for You
8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.stockcourtreporting.com
(913) 890-3181
Exhibit 4

1  continue, sir?
2      A.   I am.
3      Q.   Let's get into some of your background and
4  your tenure at the sheriff's office.  I have marked
5  as Exhibit 33 what I understand -- excuse me, as
6  Exhibit 35 what I understand to be your complete
7  personnel file produced by the sheriff's office in
8  this case.  Have I marked it as Exhibit 35?
9      A.   You have.
10     Q.   And prior to the deposition, did you have
11 a chance to at least kind of scan through it, thumb
12 through it, and see whether it reflects what I'm
13 saying?
14     A.   I did and it does.
15     Q.   Okay.  That looks to be your complete
16 personnel file from the sheriff's office; correct?
17     A.   Without going in depth, yes, it appears as
18 if it would be my complete -- yes, it looks as if it
19 would be my complete personnel file.
20     Q.   Okay.  For the record, do you know what
21 Bates numbers are, Mr. Piepho?
22     A.   I don't.
23     Q.   There wouldn't be any reason for you to --
24 to know because it's probably only used in lawsuits.
25 But they're essentially, when documents are

Stock Court Reporting LLC
Registered Professional Reporters Working for You
8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.stockcourtreporting.com
(913) 890-3181
Exhibit 4