| STATE OF KANSAS | ) | |
|---|---|---|
| | ) | ss. |
| COUNTY OF CHEROKEE | ) | |

## AFFIDAVIT OF DAVID M. GROVES

I, David M. Groves, of lawful age, and being duly sworn upon my oath, state upon personal knowledge:

1. I am the Sheriff of Cherokee County and responsible for the records for Cherokee County Sheriff's Department. The following documents, marked by my attorneys with their Bates-stamp, are true and correct copies of records from the Cherokee County Sheriff's Department, which were kept in the regular course of our operations in my office.

| Description | Bates-Stamp No. |
|---|---|
| Personnel file of Brandon Johnson | DEFT 000001 – 000247 |
| Personnel file of Brian Kerns | 001494 – 001610 |
| Personnel file of Dean Kidd | 001611 – 001768 |
| Email from Sheriff Groves | 000252 |

3. I personally know that we have provided information to the Board of County Commissioners of Cherokee County regarding the Deputies employed by me in the Cherokee County Sheriff's Department. The following documents, as recognized by their Bates-stamp numbers are true and correct copies of records regarding my employees. The information contained in these documents is true and accurate and confirms the same information in our files in the Sheriff's office.

| Description | Bates-stamp No. |
|---|---|
| Personnel file of Brian Kerns | 001439 – 001468 |
| Personnel file of Dean Kidd | 001469 – 001493 |
| Personnel file of Beau Hamlin | 002057 – 002106 |

**EXHIBIT 15**

**FURTHER AFFIANT SAYETH NOT.**

_____
David M. Groves

In witness whereof, I have hereunto subscribed my name and affixed my official notary seal of the State of Kansas, on August 22, 2019.



_____
Notary Public in and for said County and State

My Commission Expires:

3-2-21

2