# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**BRANDON JOHNSON,**

    **Plaintiff,**

**v.**

**CHEROKEE COUNTY BOARD OF COUNTY COMMISSIONERS and DAVID M. GROVES,**

    **Defendants.**

Case No. 2:17-cv-02644-JAR-GEB

## CERTIFICATE OF SERVICE

Defendants, by undersigned counsel, hereby notifies the Court that on August 30, 2019, it has served upon Plaintiff's counsel *Defendant's Supplemental Amended Rule 26(a)(1) Initial Disclosures* by electronic mail.

    Respectfully submitted,

    **Case Linden P.C.**


    /s/ Kevin D. Case
    Kevin D. Case, MO 41491; KS 14570
    Jennifer G. Ahlbrandt, KS26980
    2600 Grand Boulevard, Suite 300
    Kansas City, MO  64108
    Tel:   (816) 979-1500
    Fax:  (816) 979-1501
    kevin.case@caselinden.com
    jennifer.ahlbrandt@caselinden.com
    Attorneys for Defendants

**Certificate of Service**

      I hereby certify that on August 30, 2019, a true and correct copy of the above and foregoing was served by electronic mail to:

Christopher J. Lucas
Norris Keplinger Hicks & Welder, L.L.C.
32 Corporate Woods, Suite 750
9225 Indian Creek Parkway
Overland Park, KS  66210
cjl@nkfirm.com
Attorney for Plaintiff

                                                /s/ Kevin D. Case
                                                Kevin D. Case