IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **BRANDON L. JOHNSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 2:17-cv-02644-JAR-GEB |
| ) | |
| **CHEROKEE COUNTY BOARD OF** ) | |
| **COUNTY COMMISSIONERS and** ) | |
| **DAVID M. GROVES,** ) | |
| ) | |
| **Defendants.** ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE A RESPONSE TO DEFENDANTS'
<u>JOINT MOTION FOR SUMMARY JUDGMENT</u>**

COMES NOW plaintiff Brandon L. Johnson, by and through the undersigned counsel, pursuant to Fed. R. Civ. P. 6(b)(1)(A) and D. Kan. Rule 6.1(a), and respectfully moves this court for an order extending, by 27 days, the time within which he must respond to defendants' joint motion for summary judgment and memorandum in support thereof.  *See* Docs. 95 and 96.  In support of this motion, plaintiff states as follows:

1. This case arises primarily out of allegations of employment discrimination and wrongful termination on the basis of race.  Plaintiff's factual and legal allegations, in this regard, are thoroughly set forth in his complaint.  *See* Doc. 1.

2. On August 22, 2019, defendants filed their joint motion for summary judgment and memorandum in support thereof.  *See* Docs. 95 and 96.  Of note, defendants' memorandum is 42 pages long and contains 48 statements of fact, including multiple subparts.

3. Under D. Kan. Rule 6.1(d)(2), plaintiff's current deadline for responding to defendants' joint motion is September 12, 2019.  (This motion is therefore being made prior to the expiration of plaintiff's existing response deadline.)

4. Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and D. Kan. Rule 6.1(a), plaintiff respectfully seeks an order extending, by 27 days, the time within which he must respond to defendants' joint motion for summary judgment and memorandum in support thereof. *See* Docs. 95 and 96. Such an extension would place plaintiff's new response deadline at October 9, 2019.

5. Plaintiff seeks the above extension on account of the length and breadth of defendants' joint motion, which seeks summary judgment on all of plaintiff's pending claims. The undersigned counsel is also committed to representing clients in other demanding cases and will be out-of-state the entire week of September 23, 2019, participating in a charity event for the Arthritis Foundation. In light of the above, plaintiff submits that good cause exists for the requested extension.

6. Plaintiff's counsel has consulted with defense counsel both by e-mail and telephone about the relief requested herein and defense counsel has no objection. This motion is thus unopposed.

7. No prior extensions of the response deadline addressed above have been sought or given.

WHEREFORE, pursuant to Fed. R. Civ. P. 6(b)(1)(A) and D. Kan. Rule 6.1(a), plaintiff respectfully moves this court for an order extending, by 27 days, the time within which he must respond to defendants' joint motion for summary judgment and memorandum in support thereof, and for such other relief as this court deems just and appropriate.

*Respectfully submitted,*

**NORRIS KEPLINGER HICKS & WELDER, L.L.C.**

*/s/ Christopher J. Lucas*
Christopher J. Lucas, #20160
9225 Indian Creek Parkway
Corporate Woods, Bldg. 32, Suite 750
Overland Park, KS 66210
(913) 663-2000/(816) 210-2875 cell
cjl@nkfirm.com
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of September, 2019, the foregoing was filed and served via the Court's ECF system, which sent notification of the same to the following:

Kevin Case
Jennifer Garver Ahlbrandt
Case Linden P.C.
2600 Grand Boulevard, Suite 300
Kansas City, Missouri  64108
(816) 979-1500/(816) 979-1501 FAX
kevin.case@caselinden.com
jennifer.ahlbrandt@caselinden.com
ATTORNEYS FOR DEFENDANTS

*/s/ Christopher J. Lucas*
Attorney for Plaintiff