# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **BRANDON L. JOHNSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. 2:17-cv-02644-JAR-GEB |
| | ) |
| **CHEROKEE COUNTY BOARD OF** | ) |
| **COUNTY COMMISSIONERS and** | ) |
| **DAVID M. GROVES,** | ) |
| | ) |
| **Defendants.** | ) |

### PLAINTIFF'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT

COMES NOW plaintiff Brandon L. Johnson, by and through the undersigned counsel, pursuant to Fed. R. Civ. P. 6(b)(1)(A) and D. Kan. Rule 6.1(a), and respectfully moves this court for an order extending, by an additional 2 days, the time within which he must respond to defendants' joint motion for summary judgment and memorandum in support thereof.  *See* Docs. 95 and 96.  In support of this motion, plaintiff states as follows:

1. This case arises primarily out of allegations of employment discrimination and wrongful termination on the basis of race.  Plaintiff's factual and legal allegations, in this regard, are thoroughly set forth in his complaint.  *See* Doc. 1.

2. On August 22, 2019, defendants filed their joint motion for summary judgment and memorandum in support thereof.  *See* Docs. 95 and 96.  Of note, defendants' memorandum is 42 pages long and contains 48 statements of fact, including multiple subparts.

3. Under D. Kan. Rule 6.1(d)(2), plaintiff's original deadline for responding to defendants' joint motion was September 12, 2019.

{0234898.DOCX}

4.      On September 6, 2019, pursuant to Fed. R. Civ. P. 6(b)(1)(A) and D. Kan. Rule 6.1(a), plaintiff sought, via unopposed motion, an order extending, by 27 days, the time within which he needed to respond to defendants' joint motion for summary judgment and memorandum in support thereof.  *See* Doc. 104.  On September 9, 2019, this court entered an order granting plaintiff's requested extension, placing the new response deadline at October 9, 2019.  *See* Doc. 105.

5.      Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and D. Kan. Rule 6.1(a), plaintiff now seeks an additional 2 day extension on his response deadline, or until October 11, 2019.  The undersigned has had a viral illness for the last 4 to 5 days and his secretary has been out of the office this Monday.  Plaintiff therefore needs until the end of this week to complete his response to defendants' motion for summary judgment.  In light of this, plaintiff submits that good cause exists for the requested 2 day extension.  Further, this motion is being made prior to the expiration of plaintiff's existing October 9 response deadline.

6.      Plaintiff's counsel has consulted with defense counsel both by e-mail and telephone about the relief requested herein and defense counsel has no objection.  This motion is thus unopposed.

7.      As noted, one prior extension of the response deadline addressed above was sought and received.  Beyond the present request, however, plaintiff does not foresee asking for any more extensions as to the deadline in question.  Plaintiff also submits that no prejudice will result from the relief requested herein.

WHEREFORE, pursuant to Fed. R. Civ. P. 6(b)(1)(A) and D. Kan. Rule 6.1(a), plaintiff respectfully moves this court for an order extending, by an additional 2 days (or until October 11, 2019), the time within which he must respond to defendants' joint motion for summary judgment

and memorandum in support thereof, and for such other relief as this court deems just and appropriate.

        *Respectfully submitted,*

        **NORRIS KEPLINGER HICKS & WELDER, L.L.C.**

        */s/ Christopher J. Lucas*
        Christopher J. Lucas, #20160
        9225 Indian Creek Parkway
        Corporate Woods, Bldg. 32, Suite 750
        Overland Park, KS 66210
        (913) 663-2000/(816) 210-2875 cell
        cjl@nkfirm.com
        ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of October, 2019, the foregoing was filed and served via the Court's ECF system, which sent notification of the same to the following:

    Kevin Case
    Jennifer Garver Ahlbrandt
    Case Linden P.C.
    2600 Grand Boulevard, Suite 300
    Kansas City, Missouri  64108
    (816) 979-1500/(816) 979-1501 FAX
    kevin.case@caselinden.com
    jennifer.ahlbrandt@caselinden.com
    ATTORNEYS FOR DEFENDANTS

        */s/ Christopher J. Lucas*
        Attorney for Plaintiff

{0234898.DOCX}