IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BRANDON L. JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:17-cv-02644-JAR-GEB |
| CHEROKEE COUNTY BOARD OF COUNTY COMMISSIONERS and DAVID M. GROVES, | ) |
| Defendants. | ) |

### EXHIBITS IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' JOINT MOTION <u>FOR SUMMARY JUDGMENT AND MEMORANDUM IN SUPPORT THEREOF</u>

COMES NOW plaintiff Brandon L. Johnson, by and through the undersigned counsel, pursuant to D. Kan. Rule 7.6(b), hereby submits the following Exhibits in support of Plaintiff's Response in Opposition to Defendants' Joint Motion for Summary Judgment and Memorandum in Support Thereof.

### INDEX OF EXHIBITS

| Exhibit No. | Description |
|---|---|
| 1 | Deposition Transcript of Plaintiff Brandon Johnson |
| 2 | Deposition Transcript of Defendant Sheriff David M. Groves |
| 3 | Deposition Transcript of Chief Deputy Shane Gibson |
| 4 | Deposition Transcript of Francis Piepho |
| 5 | Deposition Transcript of Nicholas Hartman |
| 6 | Deposition Transcript of Tina Rosenberg |
| 7 | Deposition Transcript of Deputy Brian Kerns |
| 8 | Deposition Transcript of Terry Clugston |
| 9 | |
| 10 | |
| 11 | Dean Kidd's Employment File |
| 12 | |
| 13 | |
| 14 | Cherokee County Sheriff's Officer Law Enforcement Policies & Procedures |
| 15 | |
| 16 | Deposition Transcript of Jason Daniels |

{0234953.DOCX}

| 17 | Plaintiff Brandon Johnson's Interrogatory Answers to Defendant Groves |
| --- | --- |
| 18 | Plaintiff Brandon Johnson's Interrogatory Answers to Defendant Cherokee County |
| 19 | Defendant Groves' Interrogatory Answers |
| 20 | Cherokee County Personnel Policy Handbook |
| 21 | Litigation Hold Letter |
| 22 | Francis Piepho's Employment File |

*Respectfully submitted,*

**NORRIS KEPLINGER HICKS & WELDER, L.L.C.**

 */s/ Christopher J. Lucas*
Christopher J. Lucas, #20160
9225 Indian Creek Parkway
Corporate Woods, Bldg. 32, Suite 750
Overland Park, KS 66210
(913) 663-2000/(816) 210-2875 cell
cjl@nkfirm.com
ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of October, 2019, the foregoing was filed and served via the Court's ECF system, which sent notification of the same to the following:

Kevin Case
Jennifer Garver Ahlbrandt
Case Linden P.C.
2600 Grand Boulevard, Suite 300
Kansas City, Missouri  64108
(816) 979-1500/(816) 979-1501 FAX
kevin.case@caselinden.com
jennifer.ahlbrandt@caselinden.com
ATTORNEYS FOR DEFENDANTS

 */s/ Christopher J. Lucas*
Attorney for Plaintiff