**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **BRANDON L. JOHNSON,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CHEROKEE COUNTY BOARD OF COUNTY COMMISSIONERS and DAVID M. GROVES,**<br><br>**Defendants.** | **Case No. 2:17-cv-02644-JAR-GEB** |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW plaintiff Brandon L. Johnson and defendants Cherokee County Board of County Commissioners and David M. Groves, by and through their respective undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), and stipulate to the dismissal with prejudice of all claims in the above-captioned cause, with each party to bear its own costs.

***Respectfully submitted,***

**NORRIS KEPLINGER HICKS & WELDER, L.L.C.**

*/s/ Christopher J. Lucas*
Christopher J. Lucas, #20160
9225 Indian Creek Parkway
Corporate Woods, Bldg. 32, Suite 750
Overland Park, KS 66210
(913) 663-2000/(816) 210-2875 cell
cjl@nkfirm.com
ATTORNEY FOR PLAINTIFF

and

**Case Linden P.C.**

*/s/ Kevin D. Case*
Kevin D. Case, MO 41491; KS 14570
Patric S. Linden, MO 49551; KS 18305
2600 Grand Boulevard, Suite 300
Kansas City, MO 64108
Tel: (816) 979-1500
Fax: (816) 979-1501
kevin.case@caselinden.com
patric.linden@caselinden.com
Attorneys for Defendants

**Certificate of Service**

I hereby certify that on October 29, 2020, a true and correct copy of the above and foregoing was served by electronic filing with the Clerk of the Court in the CM/ECF system, which will automatically send email notification of such filing to the following counsel of record:

Christopher J. Lucas
Norris Keplinger Hicks & Welder, L.L.C.
32 Corporate Woods, Suite 750
9225 Indian Creek Parkway
Overland Park, KS 66210
cjl@nkfirm.com
Attorney for Plaintiff

*/s/ Kevin D. Case*
Kevin D. Case